UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVARO DECTOR and WILSON ROMERO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br> -against-<br><br>RCI PLGB, INC., CHRISTOPHER CHIERCHIO and ROBERT DIMICELI,<br><br>        Defendants. | Case No.: 17 Civ. 2269 (ER)<br><br>**CONSENT TO SUE** |

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate Plaintiffs as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

I worked more than forty in a workweek, and did not receive overtime compensation for all hours worked in excess of forty hours per week within the last three years.

Name: _Francisco Puma_

Signature: _[signature]_

Date: _1/26/18_

**PLEASE FILL OUT THE REVERSE SIDE OF THIS FORM. IT REQUESTS YOUR CONTACT INFORMATION THAT PLAINTIFFS' LAWYERS WILL USE TO CONTACT YOU ABOUT THE CASE.**

RCI0000546