UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO DECTOR, *individually and on behalf of all others similarly situated*, and WILSON ROMERO, *individually, and on behalf of all others similarly situated, et al.*,

    Plaintiffs,

– against –

CHRISTOPHER CHIERCHIO, RCI PLBG, INC., *and* ROBERT DIMICELI,

    Defendants.

**ORDER**

17 Civ. 2269 (ER)

RAMOS, D.J.:

    The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                                      EDGARDO RAMOS, U.S.D.J.