CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY - NOT ADMISSIBLE IN EVIDENCE

**Damages Summary: All Opt-In Plaintiffs \***

|  | Employee Name | Wages * |
|---|---|---|
| 1 | Adeniyi, Olaniwan | $162.00 |
| 2 | Ahmed, Muhammed | $1,840.00 |
| 3 | Alexander, Jan | $1,442.00 |
| 4 | Alfonso, Randolfo | $0.00 |
| 5 | Amoroso, Christian | $279.00 |
| 6 | Araujo, Juan A. | $1,750.00 |
| 7 | Arias, Eliezer Gil | $0.00 |
| 8 | Atkinson, Shamar | $474.00 |
| 9 | Belli, Erion | $8,926.50 |
| 10 | Blades, Joachin | $0.00 |
| 11 | Branch, Ervin | $920.25 |
| 12 | Brown, Valencio | $888.00 |
| 13 | Cabrera, Johan Francisco | $24.00 |
| 14 | Cabrera, Rodolfo | $1,735.00 |
| 15 | Campbell, Gregory | $334.75 |
| 16 | Charles, Josh | $240.00 |
| 17 | Chiara, Vincent | $0.00 |
| 18 | Cintron, Luis | $2,643.75 |
| 19 | Cocos, Adrian | $924.00 |
| 20 | Cotto, David | $0.00 |
| 21 | De Los Santo, Henry Perez | $0.00 |
| 22 | Dector, Alvaro | $99.00 |
| 23 | Deppisch, William | $0.00 |
| 24 | Diaz, Ruddy | $0.00 |
| 25 | DiDonna, Louis | $2,739.00 |
| 26 | Dika, Hektor | $6,000.75 |
| 27 | Dominguez, Delfino | $3,082.50 |
| 28 | Duvernay, Eric | $240.00 |
| 29 | Garcia, Domingo | $502.50 |
| 30 | Gillespie, Jesse | $156.00 |
| 31 | Gilson, Henry | $2,600.00 |
| 32 | Gilson, Ruben Valerio | $970.00 |
| 33 | Gonzalez, Oscar | $0.00 |
| 34 | Gordon, Demetrius | $2,112.00 |
| 35 | Gouedy, Christopher | $5,275.00 |
| 36 | Granados, Eugenio | $110.00 |
| 37 | Hidalgo, Frailyn | $1,676.00 |
| 38 | Irving, Dwight | $3,005.63 |
| 39 | Jones-Reese, Vincent | $2,136.00 |
| 40 | Laureano, Edward | $282.00 |
| 41 | Leslie, Terrance | $59.50 |
| 42 | Levene, Nkomo | $4,957.50 |
| 43 | Lizardo, Diokle Veron | $2,772.00 |

| 44 | Lopez, Gerson | $48.00 |
|----|---------------|--------|
| 45 | Malcolm, Dwayne | $540.00 |
| 46 | Marrero, Jose | $0.00 |
| 47 | Marte, Jose | $2,697.00 |
| 48 | Martin, Matthew | $345.00 |
| 49 | Martinez, Almando | $144.00 |
| 50 | Martinez, Steven | $1,335.00 |
| 51 | Martinez, Wilfredo | $0.00 |
| 52 | Matos, Angel Cuevas | $3,300.00 |
| 53 | McCrimmon, Brandon | $75.00 |
| 54 | Mena, Corey | $0.00 |
| 55 | Mena, George | $0.00 |
| 56 | Mendez, Kelvin | $4,069.00 |
| 57 | Merced, Francisco | $3,750.00 |
| 58 | Mills, Jason | $0.00 |
| 59 | Mills, Todd | $138.75 |
| 60 | Natal, Efrain | $0.00 |
| 61 | O'Connor, Mark | $0.00 |
| 62 | Ortiz, Juan | $240.00 |
| 63 | Otero-Valentin, Vicente | $0.00 |
| 64 | Pacheco, Michael | $187.50 |
| 65 | Paez, Rene | $2,570.00 |
| 66 | Peralta, Eric | $881.25 |
| 67 | Peters, Brian | $2,109.50 |
| 68 | Plummer, Jason | $0.00 |
| 69 | Ponce, Christopher | $0.00 |
| 70 | Provitt, Ronnie | $168.00 |
| 71 | Puma, Francisco | $7,126.25 |
| 72 | Ramirez, Hermes | $0.00 |
| 73 | Ramirez, Jesus | $0.00 |
| 74 | Rivera, Amos | $6,276.50 |
| 75 | Rivera, Christopher | $0.00 |
| 76 | Robinson, David | $0.00 |
| 77 | Rodriguez, Marcos | $956.00 |
| 78 | Rolon, Roberto | $0.00 |
| 79 | Roman, Matthew | $88.00 |
| 80 | Romero, Wilson | $570.50 |
| 81 | Roques, Felix | $0.00 |
| 82 | Rosado, Anthony | $2,337.50 |
| 83 | Rosado, Hector | $2,824.00 |
| 84 | Rosado, Juelle | $0.00 |
| 85 | Rosario, Luis | $1,005.00 |
| 86 | Rosas, Erry | $144.00 |
| 87 | Ruiz, Brendon | $899.50 |
| 88 | Saffioti, Joseph | $11.50 |
| 89 | Salado, German | $195.00 |
| 90 | Samura, Ibrahim | $1,837.50 |
| 91 | Sanchez, Teofilo | $0.00 |

| 92 | Sanders, Donnell | $0.00 |
|---|---|---|
| 93 | Santiago, Jose | $196.00 |
| 94 | Santos, Adderly | $240.00 |
| 95 | Savage, Courtney | $1,533.00 |
| 96 | Schroeder, Joseph | $22.00 |
| 97 | Sherpa, Nima | $140.25 |
| 98 | Shuguli, Edwin | $3,316.00 |
| 99 | Soto, Carlos | $918.00 |
| 100 | Soto, Justin | $0.00 |
| 101 | Stewart, Max | $93.50 |
| 102 | Sutton, Kareem | $1,624.50 |
| 103 | Vargas, Robert | $21.00 |
| 104 | Vasquez, Joshua | $625.00 |
| 105 | Vizcaino, Jose | $700.00 |
| 106 | Wankowicz, Adam | $20,677.50 |
| 107 | Williams, Rayquan | $114.00 |
| 108 | Zamora, Hector | $3,220.00 |
| 109 | Zapata, Anthony | $0.00 |
| | **Total:** | **$116,957.13** |

\* Not an admission of liability or that any wages or liquidated damages are owed to any opt-in plaintiffs. Calculations assume that plaintiffs prevails on all disputed issues.

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY - NOT ADMISSIBLE IN EVIDENCE

**Damages Calculation: Alexander, Ian \***

| | |
|---|---|
| Start Date: | 9/11/14 |
| End Date: | 3/9/16 |

| Week Ending | Expense Amount | O/T Hours Allegedly Worked * | Regular Hourly Rate | 1/2 Time Premium | O/T Wages Owed * |
|---|---|---|---|---|---|
| 9/13/14 | $434.00 | 15.50 | $28.00 | $14.00 | 217.00 |
| 9/20/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 9/27/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/4/14 | $140.00 | 5.00 | $28.00 | $14.00 | 70.00 |
| 10/11/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/18/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/25/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/1/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/8/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/15/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/22/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/29/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 12/6/14 | $56.00 | 2.00 | $28.00 | $14.00 | 28.00 |
| 12/13/14 | $350.00 | 12.50 | $28.00 | $14.00 | 175.00 |
| 12/20/14 | $406.00 | 14.50 | $28.00 | $14.00 | 203.00 |
| 12/27/14 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/3/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/10/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/17/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/24/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/31/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/7/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/14/15 | $70.00 | 2.50 | $28.00 | $14.00 | 35.00 |
| 2/21/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/28/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 3/7/15 | $336.00 | 12.00 | $28.00 | $14.00 | 168.00 |
| 3/14/15 | $350.00 | 12.50 | $28.00 | $14.00 | 175.00 |
| 3/21/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 3/28/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 4/4/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 4/11/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 4/18/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 4/25/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 5/2/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 5/9/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 5/16/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 5/23/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 5/30/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 6/6/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 6/13/15 | $224.00 | 8.00 | $28.00 | $14.00 | 112.00 |
| 6/20/15 | $280.00 | 10.00 | $28.00 | $14.00 | 140.00 |
| 6/27/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 7/4/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 7/11/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 7/18/15 | $182.00 | 6.50 | $28.00 | $14.00 | 91.00 |
| 7/25/15 | $56.00 | 2.00 | $28.00 | $14.00 | 28.00 |
| 8/1/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 8/8/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 8/15/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 8/22/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 8/29/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 9/5/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 9/12/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 9/19/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 9/26/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/3/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 10/10/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/17/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/24/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 10/31/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/7/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/14/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/21/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 11/28/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 12/5/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 12/12/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 12/19/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 12/26/15 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/2/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/9/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/16/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/23/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 1/30/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/6/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/13/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/20/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 2/27/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 3/5/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |
| 3/12/16 | $0.00 | 0.00 | $28.00 | $14.00 | 0.00 |

**O/T Wages Owed \***
**$1,442.00**

\* Not an admission of liability or that overtime hours were worked by plaintiff.  Calculations assume that plaintiff prevails on all disputed issues.

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY - NOT ADMISSIBLE IN EVIDENCE

**Damages Calculation: Gordon, Demetrius \***

| Start Date: | 7/25/15 |
|---|---|
| End Date: | 8/27/16 |

| Week Ending | Expense Amount | O/T Hours Allegedly Worked * | Regular Hourly Rate | 1/2 Time Premium | O/T Wages Owed * |
|---|---|---|---|---|---|
| 8/1/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 8/8/15 | $96.00 | 8.00 | $12.00 | $6.00 | 48.00 |
| 8/15/15 | $96.00 | 8.00 | $12.00 | $6.00 | 48.00 |
| 8/22/15 | $276.00 | 23.00 | $12.00 | $6.00 | 138.00 |
| 8/29/15 | $240.00 | 20.00 | $12.00 | $6.00 | 120.00 |
| 9/5/15 | $192.00 | 16.00 | $12.00 | $6.00 | 96.00 |
| 9/12/15 | $96.00 | 8.00 | $12.00 | $6.00 | 48.00 |
| 9/19/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 9/26/15 | $72.00 | 6.00 | $12.00 | $6.00 | 36.00 |
| 10/3/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 10/10/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 10/17/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 10/24/15 | $96.00 | 8.00 | $12.00 | $6.00 | 48.00 |
| 10/31/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 11/7/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 11/14/15 | $0.00 | 0.00 | $12.00 | $6.00 | 0.00 |
| 11/21/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 11/28/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 12/5/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 12/12/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 12/19/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 12/26/15 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 1/2/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 1/9/16 | $300.00 | 20.00 | $15.00 | $7.50 | 150.00 |
| 1/16/16 | $300.00 | 20.00 | $15.00 | $7.50 | 150.00 |
| 1/23/16 | $75.00 | 5.00 | $15.00 | $7.50 | 37.50 |
| 1/30/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 2/6/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 2/13/16 | $270.00 | 18.00 | $15.00 | $7.50 | 135.00 |
| 2/20/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 2/27/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 3/5/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 3/12/16 | $120.00 | 8.00 | $15.00 | $7.50 | 60.00 |
| 3/19/16 | $120.00 | 8.00 | $15.00 | $7.50 | 60.00 |
| 3/26/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 4/2/16 | $120.00 | 8.00 | $15.00 | $7.50 | 60.00 |
| 4/9/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 4/16/16 | $292.50 | 19.50 | $15.00 | $7.50 | 146.25 |
| 4/23/16 | $300.00 | 20.00 | $15.00 | $7.50 | 150.00 |
| 4/30/16 | $600.00 | 40.00 | $15.00 | $7.50 | 300.00 |
| 5/7/16 | $322.50 | 21.50 | $15.00 | $7.50 | 161.25 |
| 5/14/16 | $240.00 | 16.00 | $15.00 | $7.50 | 120.00 |
| 5/21/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 5/28/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 6/4/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 6/11/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 6/18/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 6/25/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 7/2/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 7/9/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 7/16/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 7/23/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 7/30/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 8/6/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 8/13/16 | $0.00 | 0.00 | $15.00 | $7.50 | 0.00 |
| 8/20/16 | $0.00 | 0.00 | $19.00 | $9.50 | 0.00 |

| 8/27/16 | $0.00 | 0.00 | $19.00 | $9.50 | 0.00 |

O/T Wages Owed *
$2,112.00

* Not an admission of liability or that overtime hours were worked by plaintiff.  Calculations assume that plaintiff prevails on all disputed issues.

CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY - NOT ADMISSIBLE IN EVIDENCE

**Damages Calculation: Puma, Francisco \***

| | |
|---|---|
| Start Date: | 8/25/13 |
| End Date: | 5/23/15 |

| Week Ending | Expense Amount | O/T Hours Allegedly Worked * | Regular Hourly Rate | 1/2 Time Premium | O/T Wages Owed * |
|---|---|---|---|---|---|
| 9/1/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 9/8/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 9/15/13 | $375.00 | 15.00 | $25.00 | $12.50 | 187.50 |
| 9/22/13 | $425.00 | 17.00 | $25.00 | $12.50 | 212.50 |
| 9/29/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 10/6/13 | $500.00 | 20.00 | $25.00 | $12.50 | 250.00 |
| 10/13/13 | $500.00 | 20.00 | $25.00 | $12.50 | 250.00 |
| 10/20/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 10/27/13 | $500.00 | 20.00 | $25.00 | $12.50 | 250.00 |
| 11/3/13 | $425.00 | 17.00 | $25.00 | $12.50 | 212.50 |
| 11/10/13 | $275.00 | 11.00 | $25.00 | $12.50 | 137.50 |
| 11/17/13 | $375.00 | 15.00 | $25.00 | $12.50 | 187.50 |
| 11/24/13 | $250.00 | 10.00 | $25.00 | $12.50 | 125.00 |
| 12/1/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/8/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/15/13 | $200.00 | 8.00 | $25.00 | $12.50 | 100.00 |
| 12/22/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/29/13 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 1/5/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 1/12/14 | $187.50 | 7.50 | $25.00 | $12.50 | 93.75 |
| 1/19/14 | $287.50 | 11.50 | $25.00 | $12.50 | 143.75 |
| 1/26/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 2/2/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 2/9/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 2/16/14 | $150.00 | 6.00 | $25.00 | $12.50 | 75.00 |
| 2/23/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 3/2/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 3/9/14 | $450.00 | 18.00 | $25.00 | $12.50 | 225.00 |
| 3/16/14 | $500.00 | 20.00 | $25.00 | $12.50 | 250.00 |
| 3/23/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 3/30/14 | $375.00 | 15.00 | $25.00 | $12.50 | 187.50 |
| 4/6/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 4/13/14 | $87.50 | 3.50 | $25.00 | $12.50 | 43.75 |
| 4/20/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 4/27/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 5/4/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 5/11/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 5/18/14 | $362.50 | 14.50 | $25.00 | $12.50 | 181.25 |
| 5/25/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 6/1/14 | $25.00 | 1.00 | $25.00 | $12.50 | 12.50 |
| 6/8/14 | $575.00 | 23.00 | $25.00 | $12.50 | 287.50 |
| 6/15/14 | $75.00 | 3.00 | $25.00 | $12.50 | 37.50 |
| 6/22/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 6/29/14 | $200.00 | 8.00 | $25.00 | $12.50 | 100.00 |
| 7/5/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 7/12/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 7/19/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 7/26/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 8/2/14 | $450.00 | 18.00 | $25.00 | $12.50 | 225.00 |
| 8/9/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 8/16/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 8/23/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 8/30/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 9/6/14 | $200.00 | 8.00 | $25.00 | $12.50 | 100.00 |
| 9/13/14 | $700.00 | 28.00 | $25.00 | $12.50 | 350.00 |
| 9/20/14 | $387.50 | 15.50 | $25.00 | $12.50 | 193.75 |
| 9/27/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 10/4/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 10/11/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 10/18/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 10/25/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 11/1/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 11/8/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 11/15/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 11/22/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 11/29/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/6/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/13/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/20/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 12/27/14 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 1/3/15 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 1/10/15 | $0.00 | 0.00 | $25.00 | $12.50 | 0.00 |
| 1/17/15 | $225.00 | 9.00 | $25.00 | $12.50 | 112.50 |
| 1/24/15 | $270.00 | 9.00 | $30.00 | $15.00 | 135.00 |
| 1/31/15 | $0.00 | 0.00 | $30.00 | $15.00 | 0.00 |
| 2/7/15 | $120.00 | 4.00 | $30.00 | $15.00 | 60.00 |
| 2/14/15 | $180.00 | 6.00 | $30.00 | $15.00 | 90.00 |
| 2/21/15 | $210.00 | 7.00 | $30.00 | $15.00 | 105.00 |
| 2/28/15 | $570.00 | 19.00 | $30.00 | $15.00 | 285.00 |
| 3/7/15 | $600.00 | 20.00 | $30.00 | $15.00 | 300.00 |
| 3/14/15 | $600.00 | 20.00 | $30.00 | $15.00 | 300.00 |
| 3/21/15 | $570.00 | 19.00 | $30.00 | $15.00 | 285.00 |
| 3/28/15 | $120.00 | 4.00 | $30.00 | $15.00 | 60.00 |
| 4/4/15 | $0.00 | 0.00 | $30.00 | $15.00 | 0.00 |
| 4/11/15 | $90.00 | 3.00 | $30.00 | $15.00 | 45.00 |
| 4/18/15 | $600.00 | 20.00 | $30.00 | $15.00 | 300.00 |
| 4/25/15 | $480.00 | 16.00 | $30.00 | $15.00 | 240.00 |
| 5/2/15 | $600.00 | 20.00 | $30.00 | $15.00 | 300.00 |
| 5/9/15 | $180.00 | 6.00 | $30.00 | $15.00 | 90.00 |
| 5/16/15 | $0.00 | 0.00 | $30.00 | $15.00 | 0.00 |
| 5/23/15 | $0.00 | 0.00 | $30.00 | $15.00 | 0.00 |

O/T Wages Owed *
$7,126.25

* Not an admission of liability or that overtime hours were worked by plaintiff.  Calculations assume that plaintiff prevails on all disputed issues.