UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO DECTOR et al.,

              Plaintiffs,

      -against-

RCI PLUMBING CORP. et al.,

              Defendants.

**ORDER**

17 Civ. 2269 (ER)

RAMOS, D.J.:

      The parties appeared before the Court for a conference on March 18, 2022 to discuss the defendants' payment pursuant to the parties' settlement agreement. The parties are hereby directed to submit a joint status report by **March 31, 2022.**

      It is SO ORDERED.

Dated: March 18, 2022
       New York, New York

                                               Edgardo Ramos, U.S.D.J.