

May 2, 2024

Sent via ECF
The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Court House
40 Foley Square, Court Room 619
New York, NY 10007

**MEMO ENDORSED**

Re: *Dector, et al. v. RCI PLBG, Inc., et al.*, Civil Action No. 17-cv-2269

Your Honor,

Judgment-Creditors write to request an extension of the date to file their motion to compel discovery responses, ordered by this Court to be filed by May 6, 2024. (ECF No. 186). While Judgment-Creditors' motion is prepared, the undersigned attorney who has been prosecuting the case, Geoffrey A. Kalender, is leaving the firm and Judgment-Creditors ask for a 30-day extension to file.

Respectfully submitted,

SLATER SLATER SCHULMAN LLP

___s/Geoffrey A. Kalender___
Geoffrey A. Kalender - Attorney

---

The request is granted.  Judgment-Creditors' motion to compel discovery responses shall be due June 5, 2024.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 3, 2024
New York, New York

---

www.sssfirm.com

NEW YORK | CALIFORNIA | NEW JERSEY | PENNSYLVANIA | LOUISIANA | ARKANSAS | NEW MEXICO | NORTH CAROLINA

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300