UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO DECTOR *and* WILSON ROMERO, *individually and on behalf of all others similarly situated*, et al.,

        Plaintiffs,

– *against* –

RCI PLBG, INC., CHRISTOPHER CHIERCHIO, *and* ROBERT DIMICELI,

        Defendants.

**ORDER**

17-cv-02269 (ER)

Ramos, D.J.:

On May 3, 2024, the Court extended Plaintiffs' deadline to file their motion to compel discovery responses until June 5, 2024. Doc. 188. Plaintiffs have not filed the motion.

Accordingly, Plaintiffs are directed to submit a status letter by August 14, 2024.

It is SO ORDERED.

Dated:  August 7, 2024
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.