UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X Case No.: 17-cv-2269 (RA)
ALVARO DECTOR and WILSON ROMERO,
individually, and on behalf of all others
similarly situated,

        Plaintiffs,

v.

RCI PLUMBLING CORP., CHRISTOPHER
CHIERCHIO and ROBERT CUCUZZA,

        Defendants.
---------------------------------------------------------X

**JUDGMENT**

    **WHEREAS**, the parties entered into a settlement agreement in this action June 16, 2020, and June 23, 2020, which was approved by this Court on September 22, 2020;

    **WHEREAS**, Defendant RCI Plumbing Corp., Christopher Chierchio, and Robert Cucuzza have defaulted in making all of the settlement payments to Plaintiffs and have failed to cure said default as required by the Court approved settlement agreement;

    **WHEREAS**, this matter came before the Court for an entry of an enforcement of the settlement on August 11, 2023 and the Court enforced the settlement on August 21, 2023.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiffs. Plaintiffs are entitled to enforce the entire settlement agreement of $550,000.00 against all defendants and are entitled to enforcement of the additional penalty amount of $192,500.00 against defendant Chierchio only.

    Judgment Entered this __18__, day of __October__ 2024.
New York, New York

_____
Edgardo Ramos, U.S.D.J.